# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROGER DAVENPORT,**
Appellant,

v.

**SUSAN KANG, P.A.; YEONG J. KANG,** an individual; **ALLISON C. SACKETT,** an individual; **SHANELL M. SCHUYLER,** an individual; **TERESA S. GOODSON,** an individual; **LINDA I. GONZALEZ,** an individual; **DANA MACHA,** an individual; **HERITAGE LANDINGS ASSOCIATION, INC.; ROSALIE BIANCO,** an individual; **JOSEPH RABAH,** an individual; **TROY MOODY,** an individual; **BRYON TYSON,** an individual; **DAVID MARKS,** an individual; **KAYE BENDER REMBAUM, P.L.; ROBERT L. KAYE,** an individual; **MICHAEL S. BENDER,** an individual; **GERARD S. COLLINS,** an individual; **ANDREW B. BLACK,** an individual; **LAUREN T. SCHWARZFELD,** an individual; **EMILY E. GANNON,** an individual; and **JAMES M. POTTS, SR.,** an individual,
Appellees.

No. 4D22-2232

[April 20, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE21017606.

Roger Davenport, Pompano Beach, pro se.

M. Hope Keating of Greenberg Traurig, P.A., Tallahassee, for appellees Susan Kang, P.A., Yeong J. Kang, Allison C. Sackett, Shanell M. Schuler, Teresa S. Goodson, Linda I. Gonzalez, and Dana Macha.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*